Renée Welze Livingston (SBN 124280)
Jason G. Gong (SBN 181298)
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel:  (925) 952-9880
Fax: (925) 952-9881

Attorneys for Defendants
HUEI CHEN CHI and HUEI CHUN CHI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | Case No. 3:11-CV-00145-JCS |
| Plaintiff, | |
| vs. | **AMENDED STIPULATION FOR DISMISSAL OF DEFENDANT LIEH SHENG CHI** |
| TAISHAN CAFÉ; HUEI CHEN CHI; HUEI CHUN CHI; and LIEH SHENG CHI, | |
| Defendants. | Complaint Filed: January 11, 2011
Trial Date:  None |

Plaintiff CRAIG YATES and Defendants HUEI CHEN CHI and HUEI CHUN CHI ("Defendants"), by and through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the following:

1. Defendant LIEH SHENG CHI, who was incorrectly named as a party in this action, is hereby dismissed *without prejudice*; and

2. The parties shall bear their own attorney fees and costs.

///

///

///

///

///

///

---

*Craig Yates v. Taishan Cafe, et al.*, Case No. 3:11-CV-00145-JCS
Amended Stipulation for Dismissal of Defendant LIEH SHENG CHI

1

1  IT IS SO STIPULATED.

2

3  Dated: April 21, 2011                    THOMAS E. FRANKOVICH
                                            *A PROFESSIONAL LAW CORPORATION*
4

5                                                  */s/ Thomas E. Frankovich*
                                            By: _____
6                                                  Thomas E. Frankovich
                                            Attorneys for Plaintiff CRAIG YATES, an
7                                           Individual

8

9

10 Dated: April 21, 2011                    LIVINGSTON LAW FIRM

11

12                                                 */s/ Jason G. Gong*
                                            By: _____
13                                                 Jason G. Gong
                                            Attorneys for Defendants HUEI CHEN CHI
14                                          and HUEI CHUN CHI

15
   Dated: 4/22/2011
16

17                    IT IS SO ORDERED

18                    Judge Joseph C. Spero
                      UNITED STATES DISTRICT COURT
19                    NORTHERN DISTRICT OF CALIFORNIA

20

21

22

23

24

25

26

27

28

_____
*Craig Yates v. Taishan Cafe, et al.*, Case No. 3:11-CV-00145-JCS
Amended Stipulation for Dismissal of Defendant LIEH SHENG CHI
2